UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | CR-08-054-JLQ-2 |
| ) | |
| v. ) | ORDER MODIFYING CONDITIONS |
| ) | OF RELEASE |
| RYAN M. JENSEN, ) | |
| ) | |
| DEFENDANT. ) | |

This court previously issued an Order Setting Conditions of Release. Ct. Rec. 23. Defendant's uncontested Motion to Modify Conditions of Release, Ct. Rec. 50 and 52, is **GRANTED.** Mr. Jensen may travel to Idaho without prior approval of the Pretrial Services Officer. This travel without prior approval shall be limited to distances within 75 miles of Spokane, Washington. Travel in Idaho beyond a radius of 75 miles from Spokane shall continue to require prior approval.

DATED October 24, 2008.


　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　UNITED STATES MAGISTRATE JUDGE