UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-054-JLQ-2 |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL TO UTAH |
| v. | ) ) | |
| RYAN M. JENSEN | ) ) | |
| Defendant. | ) ) | |

Before the Court is Defendant'S Motion to Modify Conditions of Release. Mr. Jensen requests permission to travel out of the Eastern District of Washington to West Jordan, Utah, a suburb of Salt Lake City, from December 14, 2008, to December 26, 2008. The purpose of this travel is so he can spend Christmas with his mother, Penny Perea, who lives in West Jordan. The Probation Officer has no objection to this travel, but this Order is required because of the travel restrictions in Mr. Jensen's release conditions.

Mr. Jensen's Motion **(Ct. Rec. 60)** is **GRANTED**. He may travel to Utah on the dates specified above. Mr. Jensen shall contact the Probation Office immediately upon his return to the District.

DATED December 11, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY
CONDITIONS OF RELEASE TO PERMIT TRAVEL TO UTAH - 1