UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>RYAN M. JENSEN,<br><br>            Defendant. | CR-08-054-JLQ-2<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE (Ct. Rec. 276) |

    This matter having come on regularly for hearing upon Defendant's unopposed Motion for Order Modifying Conditions of Release, and it appearing from the record there is good cause to make the requested modifications, and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED:

    Ryan M. Jensen is allowed to travel by automobile to Utah to participate in and attend his brother's wedding, leaving on June 27, 2010 and returning on July 2, 2010. All other terms and conditions of Defendant's release shall remain in effect.

    DATED June 22, 2010.

                                    S/ CYNTHIA IMBROGNO
                          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE - 1