UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN M. JENSEN,<br><br>    Defendant. | NO. CR-08-054-JLQ<br><br>**ORDER DENYING PENDING MOTIONS AS MOOT** |

On September 27, 2010, this court entered its Memorandum Opinion and Order Granting Defendant's Motion for New Trial. The docket sheet in this matter reflects several pending motions, many of which pertain to sentencing, including Defendant's Motion for Downward Departure (ECF No. 217), Defendant's Motion to Self Report (ECF No. 218), Defendant's Motion to Stay Sentencing (ECF No. 248), and Defendant's Motion to Continue Sentencing (ECF No. 254). Also pending are Defendant's Motion for Return of Property (ECF No. 231) and the Government's Motion for Forfeiture (ECF No. 246). The grant of new trial rendered these motions moot, and accordingly they are denied as moot.

**IT IS HEREBY ORDERED**:

1. The above-referenced motions (ECF 217, 218, 231, 246, 248, and 254) are DENIED AS MOOT.

The Clerk shall enter this Order and furnish copies to counsel.

Dated this 18th day of November, 2010.

                               s/ Justin L. Quackenbush
                               JUSTIN L. QUACKENBUSH
                 SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1