UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　vs.<br><br>RYAN M. JENSEN,<br><br>　Defendant. | NO. CR-08-054-JLQ<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

 BEFORE THE COURT is Defendant's Motion for Order Modifying Conditions of Release ("Motion") (ECF 304). Defendant seeks permission to travel out of the Eastern District of Washington to Tacoma, Washington, to visit his brother and attend an event. (ECF 304 & 305).

 Defense counsel avers that neither Ms. Bolton, the Assistant United States Attorney, or the Probation Office has any objection to this request. Defendant requests to travel between February 4, 2011 and February 6, 2011. Defendant has requested an expedited hearing within the text of his Motion and noted the Motion for hearing on February 2, 2011, the day after the Motion was filed. This is not the correct procedure for requesting an expedited hearing. Local Rule 7.1(h)(2)(c) requires a "separately-filed written motion" when requesting an expedited hearing. Counsel should also endeavor to allow the court at least seven days to address a matter, absent truly exigent circumstances.

 **IT IS HEREBY ORDERED**:

 1. Defendant's Motion for Order Modifying Conditions of Release (ECF 304) is **GRANTED**. He may travel to Tacoma, Washington on the dates specified above. Defendant shall contact the Probation Office promptly upon his return to the Eastern District of Washington. All other terms and conditions of Defendant's release shall remain in effect.

ORDER - 1

**IT IS SO ORDERED.** The Clerk shall enter this Order and furnish copies to counsel and to the United States Probation Office.

Dated this 1st day of February, 2011.

**s/ Justin L. Quackenbush**
**JUSTIN L. QUACKENBUSH**
**SENIOR UNITED STATES DISTRICT JUDGE**